BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF THE CITY OF NIAGARA FALLS, Plaintiff, v. JOSEPH S. CANDELLA et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■

FRANK CHEPLO, Respondent, v. JOHN MALEK, Appellant.— Order entered July 15, 1955, dismissing appeal, vacated upon stipulation.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES BLAKE, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed.

■

In the Matter of JOHN J. BOWERS.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLAUDE BYRDWELL, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERBERT CORNISH, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY DOUGHERTY, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAYMOND HIRSCH, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALVIN KOLZ, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES EDWARD LOOMIS, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY L. MANGANO, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT EDWARD MORETON, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed.